# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **ANGEL MANUEL ACOSTA HERMAN,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| | § | **No. 3:26-CV-01995-LS** |
| **v.** | § | |
| | § | |
| **EL PASO CAMP EAST MONTANA,** | § | |
| | § | |
| ***Respondent*.** | § | |

## ORDER DISMISSING CASE

Petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging Petitioner's detention by Immigration and Customs Enforcement ("ICE").[1]

An immigration judge ordered Petitioner removed on May 26, 2026 and he waived appeal.[2] "[W]hen an alien is ordered removed, the Attorney General shall remove the alien from the United States within a period of 90 days."[3] The Supreme Court holds, however, that detention for up to six months to effect the deportation is presumptively reasonable.[4] "After this six-month period, once the alien provides good reason to believe there is no significant likelihood of removal in the reasonably foreseeable future, the Government must respond with evidence sufficient to rebut that showing."[5] Petitioner is still within the six-month period the Supreme Court deems presumptively reasonable.

---

[1] ECF No. 2.
[2] ECF No. 5-2 at 1-2.
[3] 8 U.S.C. § 1231(a)(1)(A).
[4] *Zadvydas v. Davis*, 533 U.S. 678, 701 (2001).
[5] *Id.*

For the foregoing reasons, Petitioner's habeas petition is **DISMISSED WITHOUT PREJUDICE**. All pending motions are denied. **THE CLERK SHALL CLOSE THIS CASE**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on November 24, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**